UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCCONNELL ADAMS, JR.,

                Plaintiff,

v.                                                CASE NO. 05-CV-74922-DT
                                                HONORABLE GERALD E. ROSEN

OAKLAND COUNTY, OAKLAND
COUNTY SHERIFF'S DEPARTMENT,
WILLIAM HARVEY, and MICHAEL SUTTON,

                Defendants.
_____/

## JUDGMENT

      This matter having come before the Court on a *pro se* complaint, United States District Judge Gerald E. Rosen presiding, and pursuant to the order entered on 2/8/06

      **IT IS ORDERED** that the complaint is **DISMISSED** as frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

      Dated at Detroit, Michigan on     2/8/06    .

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                           By: s/V. Sims for Lashawn Saulsberry
                                                         Deputy Clerk

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE